IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEAR OF GOD, LLC, | |
| Plaintiff, | Case No. 21-cv-03894 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff FEAR OF GOD, LLC ("FEAR OF GOD") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and FEAR OF GOD having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; FEAR OF GOD having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that FEAR OF GOD has provided a basis to conclude that Defaulting Defendants have sold products using infringing and counterfeit versions of FEAR OF GOD's federally registered trademarks (the "FEAR OF GOD Trademarks").

A list of the FEAR OF GOD Trademarks is included in the below chart.

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 5,097,345 | FOG FEAR OF GOD | For: coats; jackets; tops in class 025. |
| 5,345,843 | FOG FEAR OF GOD | For: hoodies; kilts; leggings; ponchos; shorts; sweatpants; sweatshirts; t-shirts in class 025. |
| 5,696,924 | FEAR OF GOD | For: clothing, namely, coats, hooded sweatshirts, jackets, jeans, pants, shirts, shorts, sports coats, sweaters, sweatpants, sweatshirts, tank tops, t-shirts, track suits, trousers and vests; footwear, namely, sneakers; headwear, namely, caps in class 025. |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that FEAR OF GOD's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the FEAR OF GOD Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine FEAR OF GOD product or not authorized by FEAR OF GOD to be sold in connection with the FEAR OF GOD Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine FEAR OF GOD product or any other product produced by FEAR OF GOD, that is not FEAR OF GOD's or not produced under the authorization, control, or supervision of FEAR OF GOD and approved by FEAR OF GOD for sale under the FEAR OF GOD Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of FEAR OF GOD, or are sponsored by, approved by, or otherwise connected with FEAR OF GOD; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for FEAR OF GOD, nor authorized by FEAR OF GOD to be sold or offered for sale, and which bear any of FEAR OF GOD's

    trademarks, including the FEAR OF GOD Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the FEAR OF GOD Trademarks; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the FEAR OF GOD Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine FEAR OF GOD product or not authorized by FEAR OF GOD to be sold in connection with the FEAR OF GOD Trademarks.

3. Upon FEAR OF GOD's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

        Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the FEAR OF GOD Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), FEAR OF GOD is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred fifty thousand dollars ($250,000.00) for willful use of counterfeit FEAR OF GOD Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to FEAR OF GOD as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to FEAR OF GOD the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until FEAR OF GOD has recovered full payment of monies owed to it by any Defaulting Defendant, FEAR OF GOD shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that FEAR OF GOD identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, FEAR OF GOD may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Glenn Milus and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The one hundred ninety-five thousand dollar ($195,000.00) surety bond posted by FEAR OF GOD is hereby released to FEAR OF GOD or its counsel, Greer, Burns & Crain, Ltd, plus any accrued interest. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to FEAR OF GOD or its counsel plus any accrued interest.

This is a Default Judgment.

Date: September 28, 2021

John J. Tharp, Jr.
United States District Judge

## Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | 2017 Clothes Store | 2 | kawaiigoods Store |
| 3 | Shop3904042 Store | 4 | UUMAYSARI-clothing Store |
| 5 | popular phone cases Store | 6 | Shop4882072 Store |
| 7 | JAYK FANS Apparel Store | 8 | Karry Excellents Dropshipping Store |
| 9 | Shop5050138 Store | 10 | DSA SayHello Store |
| 11 | QNPQYX Dropshipping Store | 12 | NAGRI Official Store |
| 13 | JCPSMT Store | 14 | FUNY LOO Store |
| 15 | Bud Evan Store | 16 | Sheng Yue Qi Store |
| 17 | Shop910774023 Store | 18 | QUANLITY 3 Store |
| 19 | Seesert 2 Store | 20 | DISMISSED |
| 21 | Shop911129198 Store | 22 | Shop911136121 Store |
| 23 | Lantun's Store | 24 | Shangzhijia Store |
| 25 | Carhart-Clothing Store | 26 | KAKAMING Store |
| 27 | sneakerboy Store | 28 | Shop911427148 Store |
| 29 | NINE 911 Store | 30 | DISMISSED |
| 31 | DISMISSED | 32 | sin yan Store |
| 33 | Shop911554257 Store | 34 | Shop911604374 Store |
| 35 | Ins-China Store | 36 | officee Store |
| 37 | YUN CHAO Store | 38 | O-Fashion Store |
| 39 | AS Women Clothes Store | 40 | dengguoping Store |
| 41 | HanLu Franchise Store | 42 | Northern lights Men's Store |
| 43 | TYDFYNJH Store | 44 | goodOKay Store |
| 45 | D--THREE Store | 46 | PSYSL Store |
| 47 | LUCK'S LUCY 123 Store | 48 | A+Good quality Store |
| 49 | Eric Trend Store | 50 | PY 007 Store |
| 51 | Suit TianyuDAHF Store | 52 | 998866 Store |
| 53 | BLF474977298 Store | 54 | man002 Store |
| 55 | aini7 Store | 56 | Shop1541436384 Store |
| 57 | Ethereal life Store | 58 | A8585 Store |
| 59 | 555852525 Store | 60 | Super-Quality Store |
| 61 | MIAOGE Store | 62 | SZYOGJ Store |
| 63 | shanxigangyongwangluokejiyouxiangongsi | 64 | Hongtongxian Dahuaishu zhenqinbicun Yanyanzonghepi |
| 65 | shanghaisonglanjixieyouxiangongsi | 66 | DISMISSED |
| 67 | lianchengxianboweiwobaihuodian | 68 | Flurry of Demons |
| 69 | DISMISSED | 70 | ZheMeHaoKanDeHaiShiKanJinDian |
| 71 | WANGWBO | 72 | DISMISSED |
| 73 | FLYBA | 74 | LEVBJYGUYIOU |
| 75 | luochuntaodianpu | 76 | DISMISSED |

7

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 77 | DISMISSED | 78 | Wu Xiaolong |
| 79 | XIAONIAOYIYI | 80 | gongyinxing1 |
| 81 | A3AYVKNOF4VU8V | 82 | Pbig |
| 83 | LUWEIWE | 84 | Chunzongyuan mechanical equipment |
| 85 | Taizigeus | 86 | putianshixiuyuquyuetangtengzhenghaishuiyangzhichan |
| 87 | WEIZHE | 88 | QingchuangXunda |
| 89 | DJSW | 90 | Little chick Store |
| 91 | AXSMYXGS | 92 | LiZhenBinMaoYi |
| 93 | MarrLu | 94 | ChengYueBaiHuo |
| 95 | LouisPA | 96 | LAOGA |
| 97 | Hogtaqu | 98 | qingdaoyoushijiujiuyanjingyouxiangongsi |
| 99 | mikico998 | 100 | bensimmons26 |
| 101 | wheretobuyparka | 102 | kxcypk |
| 103 | brandshoesgot | 104 | fancanjie123 |
| 105 | gllll | 106 | bestqualityclothes |
| 107 | ztufei | 108 | Luckinvoker |
| 109 | suplulu | 110 | ottto |
| 111 | Uksukusa | 112 | annasports |
| 113 | lcd1991 | 114 | brilliant_clothing |
| 115 | yjh_030 | 116 | lululemens |
| 117 | heitf | 118 | lulu_kuzi |
| 119 | longqiaoys | 120 | lukuzi |
| 121 | d2hat | 122 | echoalwaysarises |
| 123 | ehqt48 | 124 | ew5t4_95 |
| 125 | hgeng_52 | 126 | kdlsajhdklask |
| 127 | DISMISSED | 128 | nhd_77 |
| 129 | ruyipalace | 130 | saadsgfda |
| 131 | DISMISSED | 132 | sox-4069 |
| 133 | umayexfe2 | 134 | w.trade |
| 135 | wnr349 | 136 | xijinping2013 |
| 137 | xinpinwan0 | 138 | yuanch3349 |
| 139 | zhanghuaming65 | 140 | zzhh520 |
| 141 | zhouchanghong1984 | 142 | Firstcode E-co |
| 143 | DISMISSED | 144 | fleisneon |
| 145 | jhgfdh | 146 | Ig Niu Bi |
| 147 | Bo Yu Yi Cheng | 148 | wsqz520 |
| 149 | HSWYZ | 150 | heuyd25 |
| 151 | cloth-FS | 152 | tyiwdffuu |
| 153 | kujrytrtgg | 154 | lwg654 |
| 155 | buxishangde1 | 156 | Comunicaciones Mendoza C.A |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 157 | RenjiaxingcV | 158 | maguangcai |
| 159 | Melidakk | 160 | Johndhj |
| 161 | slayciezkhpby | 162 | shithaezmvwrbq |
| 163 | Glen H Core | 164 | DERRICKHORNE |
| 165 | bchtereaew | 166 | 2301caozhiyao |
| 167 | zhangtian0 | 168 | hgoyihaya |
| 169 | Tidal YH | 170 | shenhongbing |
| 171 | zykwh5shop | 172 | fengbaoqing |
| 173 | Shoes s | 174 | kfudh97u |
| 175 | khtp | 176 | Southwest SxS |
| 177 | poesjes | 178 | avstamningar |
| 179 | shibutam | 180 | yuhaiyang4900 |
| 181 | chicamadrilo | 182 | Jardena Gold 22 |
| 183 | zhangxuewen7906 | 184 | Lil One Hunnet |
| 185 | Open Heart Natural way | 186 | Brain Gym Stadium |
| 187 | Murray Up and Wait | 188 | yilexcin |
| 189 | citongtinlan | 190 | fashionbaobi |
| 191 | huangmeiqin3627 | 192 | fashionjinkai |
| 193 | doirjiuer | 194 | chenmenglong5904 |
| 195 | amdkfkwkfkw | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/2883072 | 2 | aliexpress.com/store/342487 |
| 3 | aliexpress.com/store/3904042 | 4 | aliexpress.com/store/4033068 |
| 5 | aliexpress.com/store/4305031 | 6 | aliexpress.com/store/4882072 |
| 7 | aliexpress.com/store/5003085 | 8 | aliexpress.com/store/5009090 |
| 9 | aliexpress.com/store/5050138 | 10 | aliexpress.com/store/5065030 |
| 11 | aliexpress.com/store/5237001 | 12 | aliexpress.com/store/5628363 |
| 13 | aliexpress.com/store/5890855 | 14 | aliexpress.com/store/910320336 |
| 15 | aliexpress.com/store/910449036 | 16 | aliexpress.com/store/910458052 |
| 17 | aliexpress.com/store/910774023 | 18 | aliexpress.com/store/911036052 |
| 19 | aliexpress.com/store/911067045 | 20 | DISMISSED |
| 21 | aliexpress.com/store/911129198 | 22 | aliexpress.com/store/911136121 |
| 23 | aliexpress.com/store/911207013 | 24 | aliexpress.com/store/911222106 |
| 25 | aliexpress.com/store/911263299 | 26 | aliexpress.com/store/911267293 |
| 27 | aliexpress.com/store/911423001 | 28 | aliexpress.com/store/911427148 |
| 29 | aliexpress.com/store/911475018 | 30 | DISMISSED |
| 31 | DISMISSED | 32 | aliexpress.com/store/911550023 |
| 33 | aliexpress.com/store/911554257 | 34 | aliexpress.com/store/911604374 |
| 35 | aliexpress.com/store/911611439 | 36 | aliexpress.com/store/911655232 |
| 37 | aliexpress.com/store/911688038 | 38 | aliexpress.com/store/911711304 |
| 39 | aliexpress.com/store/911718401 | 40 | aliexpress.com/store/911747105 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 41 | aliexpress.com/store/911747459 | 42 | aliexpress.com/store/911748543 |
| 43 | aliexpress.com/store/911765117 | 44 | aliexpress.com/store/911808486 |
| 45 | aliexpress.com/store/911811468 | 46 | aliexpress.com/store/911833334 |
| 47 | aliexpress.com/store/911874431 | 48 | aliexpress.com/store/911878327 |
| 49 | aliexpress.com/store/911893190 | 50 | aliexpress.com/store/911905023 |
| 51 | aliexpress.com/store/911944388 | 52 | aliexpress.com/store/911945538 |
| 53 | aliexpress.com/store/911956012 | 54 | aliexpress.com/store/911964140 |
| 55 | aliexpress.com/store/911971170 | 56 | aliexpress.com/store/912010004 |
| 57 | aliexpress.com/store/912028531 | 58 | aliexpress.com/store/912031082 |
| 59 | aliexpress.com/store/912064038 | 60 | aliexpress.com/store/5514042 |
| 61 | aliexpress.com/store/911769160 | 62 | amazon.com/sp?seller=A1018AJSYTYEF7 |
| 63 | amazon.com/sp?seller=A12PC47N5AURVS | 64 | amazon.com/sp?seller=A1DSG40M9KQ7WV |
| 65 | amazon.com/sp?seller=A1IHXDTMVF4LHH | 66 | DISMISSED |
| 67 | amazon.com/sp?seller=A1SXMGOHZ0CU27 | 68 | amazon.com/sp?seller=A1VC0KWKM7F4VM |
| 69 | DISMISSED | 70 | amazon.com/sp?seller=A253VI0LOS4XS |
| 71 | amazon.com/sp?seller=A2ATJ615RDPX9M | 72 | DISMISSED |
| 73 | amazon.com/sp?seller=A2F4ECBFSWBXE | 74 | amazon.com/sp?seller=A2VQ3688R3H87I |
| 75 | amazon.com/sp?seller=A2W3YTEMNMENQI | 76 | DISMISSED |
| 77 | DISMISSED | 78 | amazon.com/sp?seller=A36KI53ZAQQNJI |
| 79 | amazon.com/sp?seller=A3A7RGI08270U4 | 80 | amazon.com/sp?seller=A3ABU37YXJE9I6 |
| 81 | amazon.com/sp?seller=A3AYVKNOF4VU8V | 82 | amazon.com/sp?seller=A3CFVRIMU0C4YQ |
| 83 | amazon.com/sp?seller=A3F7CDBNK4COOF | 84 | amazon.com/sp?seller=A3HLKXPHZ0YKCK |
| 85 | amazon.com/sp?seller=A3KBLDTN5X9F7R | 86 | amazon.com/sp?seller=A3KRWKN4XI6OME |
| 87 | amazon.com/sp?seller=A4K2J295ETGHN | 88 | amazon.com/sp?seller=A6WA2U94TFCWZ |
| 89 | amazon.com/sp?seller=A7L5PT6JIXEW | 90 | amazon.com/sp?seller=A8VUWD3YDW942 |
| 91 | amazon.com/sp?seller=AB21HKG0H3PQM | 92 | amazon.com/sp?seller=ADZ37H44ITPGQ |
| 93 | amazon.com/sp?seller=AGEWSFHWNPSYJ | 94 | amazon.com/sp?seller=AJ1LN90AGCD3R |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 95 | amazon.com/sp?seller=AOAQLE92UCPPP | 96 | amazon.com/sp?seller=AUQ64DN6QQEO0 |
| 97 | amazon.com/sp?seller=AY47RP63ZD49R | 98 | amazon.com/sp?seller=AYVE6NY0LW33B |
| 99 | dhgate.com/store/21064615 | 100 | dhgate.com/store/21089101 |
| 101 | dhgate.com/store/21104326 | 102 | dhgate.com/store/21131110 |
| 103 | dhgate.com/store/21226250 | 104 | dhgate.com/store/21287062 |
| 105 | dhgate.com/store/21433300 | 106 | dhgate.com/store/21529952 |
| 107 | dhgate.com/store/21567168 | 108 | dhgate.com/store/21589449 |
| 109 | dhgate.com/store/21590575 | 110 | dhgate.com/store/21647724 |
| 111 | dhgate.com/store/21651537 | 112 | dhgate.com/store/21666585 |
| 113 | dhgate.com/store/21672000 | 114 | dhgate.com/store/21674020 |
| 115 | dhgate.com/store/21679984 | 116 | dhgate.com/wholesale/products/2c9362ec783fdb65017862ce086361c9.html |
| 117 | dhgate.com/wholesale/products/ff808081736b206d0173e1c891796abe.html | 118 | dhgate.com/wholesale/products/ff808081736b20700173e1bcde4e44e1.html |
| 119 | dhgate.com/wholesale/products/ff808081736b633c0173e1ce0f562143.html | 120 | dhgate.com/wholesale/products/ff808081736b63500173e1b4eaf22269.html |
| 121 | dhgate.com/wholesale/products/ff808081736b63500173e1ba4fb3233e.html | 122 | ebay.com/usr/echoalwaysarises |
| 123 | ebay.com/usr/ehqt48 | 124 | ebay.com/usr/ew5t4_95 |
| 125 | ebay.com/usr/hgeng_52 | 126 | ebay.com/usr/kdlsajhdklask |
| 127 | DISMISSED | 128 | ebay.com/usr/nhd_77 |
| 129 | ebay.com/usr/ruyipalace | 130 | ebay.com/usr/saadsgfda |
| 131 | DISMISSED | 132 | ebay.com/usr/sox-4069 |
| 133 | ebay.com/usr/umayexfe2 | 134 | ebay.com/usr/w.trade |
| 135 | ebay.com/usr/wnr349 | 136 | ebay.com/usr/xijinping2013 |
| 137 | ebay.com/usr/xinpinwan0 | 138 | ebay.com/usr/yuanch3349 |
| 139 | ebay.com/usr/zhanghuaming65 | 140 | ebay.com/usr/zzhh520 |
| 141 | wish.com/merchant/57649e2477f2435e54d52e6e | 142 | wish.com/merchant/582bf0ae6339b44774a46dc2 |
| 143 | DISMISSED | 144 | wish.com/merchant/5b6528e199a7635e3a5e3870 |
| 145 | wish.com/merchant/5d47d22870327a16c0f0161d | 146 | wish.com/merchant/5d57cceccf65032494311c57 |
| 147 | wish.com/merchant/5d5b859b40defd708f561609 | 148 | wish.com/merchant/5d5bbef140defd6d4056f5f7 |
| 149 | wish.com/merchant/5d8053398c8dc76142caad5d | 150 | wish.com/merchant/5dbb9b24e027f109eb4e4d31 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 151 | wish.com/merchant/5dbc32cb763de11f9b24327b | 152 | wish.com/merchant/5dce71fa8b4e8e35fc803834 |
| 153 | wish.com/merchant/5de0be0671483da52bfa2f06 | 154 | wish.com/merchant/5de1eb0712af065cb5fecb23 |
| 155 | wish.com/merchant/5de6288039adf287166af3b4 | 156 | wish.com/merchant/5e4c68e957cc9b6840eb8bd6 |
| 157 | wish.com/merchant/5e6cff1e1061cf3540562dd2 | 158 | wish.com/merchant/5e7302b129e78609f39a7c99 |
| 159 | wish.com/merchant/5e81651993fb001c40cf7a89 | 160 | wish.com/merchant/5e8817dac77ae30af1b1ef17 |
| 161 | wish.com/merchant/5e9064253795e513006a69ec | 162 | wish.com/merchant/5e9592a44ebef13f36f4e552 |
| 163 | wish.com/merchant/5e96d2adff30140700df6165 | 164 | wish.com/merchant/5e9a7da7ef1dce263ceb3c6f |
| 165 | wish.com/merchant/5e9d2eb9f5b57c324116292f | 166 | wish.com/merchant/5ef301dcd743e41ff74b0c96 |
| 167 | wish.com/merchant/5f016a51792d0b9e5e9bb035 | 168 | wish.com/merchant/5f13e89b49fbb500a18060e5 |
| 169 | wish.com/merchant/5f16accccea82b881b3c5e5 | 170 | wish.com/merchant/5f4c6a7873a060d179dfdbab |
| 171 | wish.com/merchant/5f5daf5741512a1b0f0bc9fe | 172 | wish.com/merchant/5f6318386fc1b5ee26f553c8 |
| 173 | wish.com/merchant/5f6616f02f66f33b73951cdc | 174 | wish.com/merchant/5f7bd34f13470f003bb87b5f |
| 175 | wish.com/merchant/5f86a2198c97aa5a129b21a3 | 176 | wish.com/merchant/5fafe9ed3852e8e8a3fdc8ea |
| 177 | wish.com/merchant/5fcf5f32806d37b05dab9c6a | 178 | wish.com/merchant/5fd04c57e2c7102e1216704b |
| 179 | wish.com/merchant/5fd139aafc3d8854f8cba878 | 180 | wish.com/merchant/5fdc2c6bb526a95472cb888c |
| 181 | wish.com/merchant/5fdd1d15478bbae9e83910b6 | 182 | wish.com/merchant/5febf7352a76f421691690aa |
| 183 | wish.com/merchant/5ff5553490e78709830d307e | 184 | wish.com/merchant/6012832e8cf35b345e0aab7e |
| 185 | wish.com/merchant/6012833ba8e5ab389c9752f2 | 186 | wish.com/merchant/6027ef5480c338c9e3c40093 |
| 187 | wish.com/merchant/6027efc86310c2c36a5d81e7 | 188 | wish.com/merchant/602f6d870a48841f5f956843 |
| 189 | wish.com/merchant/6035f1abe080ff598039fef0 | 190 | wish.com/merchant/6037465f29d362128200dc63 |
| 191 | wish.com/merchant/6039c9b1458e6e8cc834e762 | 192 | wish.com/merchant/604095472909e47a41b15c82 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---:|---|---:|---|
| 193 | wish.com/merchant/6041ef0c3eed25210c7d2d79 | 194 | wish.com/merchant/60505b49c76ec241c2fed0fa |
| 195 | wish.com/merchant/605db86946e5d7004560511a | | |